UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.

PAUL JAMES SZARAZ

CASE NO. 8:13-CR-192 123 EAJ
18 U.S.C. §§922(g)(1) & (o)(1)
Forfeiture: 18 U.S.C. § 924(d)(1)
28 U.S.C. § 2461(c)

INDICTMENT

The Grand Jury charges:

COUNT ONE

On or about March 6, 2013, at Pasco County, in the Middle District of Florida,

PAUL JAMES SZARAZ,

defendant herein, then being a person convicted in a court of the following crimes punishable by imprisonment for a term exceeding one year:

    Burglary, Case No. CRC84-00879CFANO, on August 2, 1985, in the Circuit Court, Sixth Judicial Circuit, in and for Pinellas County, Florida;

    Felonious Possession of Firearms, Case No. CRC90-12924CFANO, on February 4, 1992, in the Circuit Court, Sixth Judicial Circuit, in and for Pinellas County, Florida;

    Driving Under the Influence of Alcoholic Beverages or Controlled Substances and Driving While License Suspended or Revoked, Case No. CRC97-13925CFANO, on April 27, 1998, in the Circuit Court, Sixth Judicial Circuit, in and for Pinellas County, Florida; and

    Driving While License Suspended or Revoked, Case No. CRC98-02802CFANO, on April 27, 1998, in the Circuit Court, Sixth Judicial Circuit, in and for Pinellas County, Florida;

did knowingly possess, in and affecting interstate and foreign commerce, one Maadi Company ARM 7.62x39 mm semi-automatic assault rifle, Serial No. AC0055970.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT TWO

On or about March 22, 2013, at Pasco County, in the Middle District of Florida,

PAUL JAMES SZARAZ,

defendant herein, then being a person convicted in a court of the following crimes punishable by imprisonment for a term exceeding one year:

> Burglary, Case No. CRC84-00879CFANO, on August 2, 1985, in the Circuit Court, Sixth Judicial Circuit, in and for Pinellas County, Florida;

> Felonious Possession of Firearms, Case No. CRC90-12924CFANO, on February 4, 1992, in the Circuit Court, Sixth Judicial Circuit, in and for Pinellas County, Florida;

> Driving Under the Influence of Alcoholic Beverages or Controlled Substances and Driving While License Suspended or Revoked, Case No. CRC97-13925CFANO, on April 27, 1998, in the Circuit Court, Sixth Judicial Circuit, in and for Pinellas County, Florida; and

> Driving While License Suspended or Revoked, Case No. CRC98-02802CFANO, on April 27, 1998, in the Circuit Court, Sixth Judicial Circuit, in and for Pinellas County, Florida;

did knowingly possess, in and affecting interstate and foreign commerce, the following firearms:

> (1)   one Norinco MAK 90 7.62x39 mm semi-automatic assault rifle, Serial No. 21156;

(2) one Romarm Mini Draco 7.62x39 mm semi-automatic assault rifle, Serial No. PD-1656-2011;

(3) one Century Arms International AKU-47/74 7.62x39 mm semi-automatic assault rifle, Serial No. M70AB03238;

(4) one Bulgaria SA-93 7.62x39 mm semi-automatic assault rifle, Serial No. BA351173;

(5) one Maadi Company AK-47 style 7.62x39 mm semi-automatic assault rifle, Serial No. CM04915;

(6) one Romarm WAGR 10 7.62x39 mm semi-automatic assault rifle, Serial No. 1-21375-2001;

(7) one National Match MAK 91 7.62x39 mm semi-automatic assault rifle, Serial No. 9300409;

(8) one Norinco MAK 90 7.62x39 mm semi-automatic assault rifle, Serial No. 38242;

(9) one Smith & Wesson 1911 .45 caliber pistol, Serial No. JRD3432;

(10) one Remington Arms 1911 R1 .45 caliber pistol, Serial No. RHN10733A;

(11) one Para-Ordinance P14-45-Limited .45 caliber pistol, Serial No. TJ5078;

(12) one Colt Combat Commander .45 caliber pistol, Serial No. 70BS48026; and

(13) one Unknown Manufacturer .50 caliber BMG rifle, Serial No. (ATF 7) 85000-166; and

(14) more than 17,000 rounds of ammunition of various calibers.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT THREE

On or about March 22, 2013, at Pasco County, in the Middle District of Florida,

PAUL JAMES SZARAZ,

defendant herein, did knowingly possess the following machineguns:

(1) one Unknown Manufacturer MAK 91 7.62x39 mm automatic assault rifle, Serial No. 9302086;

(2) one German MP44 7.92 mm automatic assault rifle, Serial No. 9976K/44;

(3) one Unknown Manufacturer AK-47 style 7.62x39 mm automatic assault rifle, Serial No. 1964GH3226;

(4) one Norinco MAK 90 Sporter 7.62x39 mm automatic assault rifle, Serial No. 9493077;

(5) one Unknown Manufacturer AK-47 style 7.62x39 mm automatic assault rifle, Serial No. 1983-AF-1416; and

(6) one German MG08/15 8 mm machinegun, Serial No. 9061.

In violation of Title 18, United States Code, Sections 922(o)(1) and 924(a)(2).

## FORFEITURE

1. The allegations alleged in Counts One through Three of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the violations alleged in Counts One through Three of this Indictment, defendant PAUL JAMES SZARAZ shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), all right, title, and interest in any firearm and ammunition involved in or used in a knowing violation of Title 18, United States Code Sections 922(g) and (o), including but not limited to:

(1) one Maadi Company ARM 7.62x39 mm semi-automatic assault rifle, Serial No. AC0055970;

(2) one Norinco MAK 90 7.62x39 mm semi-automatic assault rifle, Serial No. 21156;

(3) one Romarm Mini Draco 7.62x39 mm semi-automatic assault rifle, Serial No. PD-1656-2011;

(4) one Century Arms International AKU-47/74 7.62x39 mm semi-automatic assault rifle, Serial No. M70AB03238;

(5) one Bulgaria SA-93 7.62x39 mm semi-automatic assault rifle, Serial No. BA351173;

(6) one Maadi Company AK-47 style 7.62x39 mm semi-automatic assault rifle, Serial No. CM04915;

(7) one Romarm WAGR 10 7.62x39 mm semi-automatic assault rifle, Serial No. 1-21375-2001;

(8) one National Match MAK 91 7.62x39 mm semi-automatic assault rifle, Serial No. 9300409;

(9) one Norinco MAK 90 7.62x39 mm semi-automatic assault rifle, Serial No. 38242;

(10) one Smith & Wesson 1911 .45 caliber pistol, Serial No. JRD3432;

(11) one Remington Arms 1911 R1 .45 caliber pistol, Serial No. RHN10733A;

(12) one Para-Ordinance P14-45-Limited .45 caliber pistol, Serial No. TJ5078;

(13) one Colt Combat Commander .45 caliber pistol, Serial No. 70BS48026;

(14) one Unknown Manufacturer .50 caliber BMG rifle, Serial No. (ATF 7) 85000-166;

(15) one Unknown Manufacturer MAK 91 7.62x39 mm automatic assault rifle, Serial No. 9302086;

(16) one German MP44 7.92 mm automatic assault rifle, Serial No. 9976K/44;

(17) one Unknown Manufacturer AK-47 style 7.62x39 mm automatic assault rifle, Serial No. 1964GH3226;

(18) one Norinco MAK 90 Sporter 7.62x39 mm automatic assault rifle, Serial No. 9493077;

(19) one Unknown Manufacturer AK-47 style 7.62x39 mm automatic assault rifle, Serial No. 1983-AF-1416;

(20) one German MG08/15 8 mm machinegun, Serial No. 9061; and

(21) more than 17,000 rounds of ammunition of various calibers.

3. If any of the property described above, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 28, United States Code, Section 2461(c) and Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

A TRUE BILL,

_____
FOREPERSON

ROBERT E. O'NEILL
United States Attorney

By: _____
DONALD L. HANSEN
Assistant United States Attorney
Senior Litigation Counsel

_____
W. STEPHEN MULDROW
Assistant United States Attorney
Chief, General Crimes Section

FORM OBD-34
APR 1991

No. 8:13-CR-

# UNITED STATES DISTRICT COURT

Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

PAUL JAMES SZARAZ

## INDICTMENT

Violations:
Title 18, United States Code, Sections 922(g)(1) and (o)(1)

A true bill,

_____
Foreperson

Filed in open court this 16th day
of April, A.D. 2012.

_____
Clerk

Bail  $_____

GPO 863 525